UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LEVI FIGUEROA,

                    Plaintiff(s),

        v.

THE BOEING COMPANY, et al.,

                    Defendant(s).

CASE NO. C26-0539-KKE

ORDER GRANTING STIPULATED
MOTION

The Court GRANTS the parties' stipulated motion setting a briefing schedule on Defendant's forthcoming motion to dismiss.  Dkt. No. 9.  Defendant shall file its motion to dismiss no later than February 27, 2026, and shall note it for April 24, 2026.  Plaintiff's opposition brief is due no later than April 3, 2026, and Defendant may file its reply brief no later than April 24, 2026.

Dated this 23rd day of February, 2026.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION - 1